UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>LIBRA CDO LIMITED, BANK OF AMERICA, N.A., TRUSTEE, LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>Defendants. | **Adversary Proceeding No. 09-ap-01177 (JMP)** |

**MOTION FOR APPEARANCE TO PRACTICE, *PRO HAC VICE***

I, John C. Weitnauer, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Defendants Libra CDO Limited, Bank of America, N.A., Trustee, and LaSalle Bank National Association, Trustee in the above-captioned adversary proceeding, No. 09-ap-01177.

I certify that I am a member in good-standing of the bar in the State of Georgia and the bar of the U.S. District Courts for the Middle and Northern Districts of Georgia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Atlanta, Georgia
        May 5, 2010

Respectfully submitted,

/s/ John C. Weitnauer
John C Weitnauer
ALSTON & BIRD LLP
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Email: kit.weitnauer@alston.com

To:    Ralph I. Miller, Esq.
        Weil, Gotshal & Manges, LLP
        1300 Eye Street, N.W.
        Suite 900
        Washington, DC 20005

        Brian Trust, Esq.
        Christopher J. Houpt, Esq.
        Steven Wolowitz, Esq.
        Mayer Brown, LLP
        1675 Broadway
        New York, NY 10019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>LIBRA CDO LIMITED, BANK OF AMERICA, N.A., TRUSTEE, LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>Defendants. | **Adversary Proceeding No. 09-ap-01177 (JMP)** |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of John C. Weitnauer, to be admitted, *pro hac vice*, to represent Defendants Libra CDO Limited, Bank of America, N.A., Trustee, and LaSalle Bank National Association, Trustee, in Adversary Proceeding No. 09-ap-01177, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and the bar of the U.S. District Courts for the Middle and Northern Districts of Georgia, it is hereby

ORDERED, that John C. Weitnauer, Esq., is admitted to practice, *pro hac vice*, in the above captioned adversary proceeding (Adversary Proceeding No. 09-ap-01177) to

represent Defendants Libra CDO Limited, Bank of America, N.A., Trustee, and LaSalle Bank National Association, Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May ___, 2010
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE
